IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NANCY WADDELL, et al.,

        Plaintiffs,

v.                                              1:04-cv-6343JRG DLB

WYETH LLC, et al.,

        Defendants.

**ORDER**

Having heard counsels' positions at the case management conference held on December 9, 2011, it is hereby **ORDERED** that counsel shall meet and confer as to an order of trial for civil actions: 1-04-cv-6343-JRG-DLB, Waddell, et al v. Wyeth, et al; 1-04-cv-6346-JRG-DLB, Bowles v. Wyeth, Inc., et al; 1-10-cv-295-JRG-DLB, Indio v. Wyeth, Inc., et al; 1-10-cv-319-JRG-DLB, Dall v. Wyeth, Inc., et al; 1-10-cv-2382-JRG-DLB, Craven v. Wyeth, LLC et al; 1-10-cv-2384-JRG-DLB, McPherson v. Wyeth, Inc. et al; 1-10-cv-2392-JRG-DLB, Hames, et al v. Wyeth, Inc. et al; 1-10-cv-2394-JRG-DLB, Hill, et al v. Wyeth, LLC et al; 1-10-cv-2395-JRG-DLB, Phillips, et al v. Wyeth, LLC et al; 1-10-cv-2397-JRG-DLB, Poole, et al v. Wyeth, LLC et al; 1-10-cv-2404-JRG-DLB, Uhalt, et al v. Wyeth, LLC et al; and 1-10-cv-2405-JRG-DLB, Setser v. Wyeth, LLC et al.   If counsel reaches agreement they are directed to submit the agreed upon order of trial to the court **no later than January 9, 2012**.   If counsel does not reach agreement the order of trial will be determined by the court.

If counsel reaches an agreed order of trial, counsel is further **ORDERED** to meet and confer and agree on a scheduling order for the above named set of civil actions. Counsel is directed to submit the agreed upon scheduling order to the court **no later than January 16, 2012**. If counsel cannot reach agreement the attached scheduling order will be entered. The first trial will commence on September 17, 2012.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   December 9, 2011

_____
Joseph R. Goodwin, Chief Judge