1  Philip C. Bourdette SBN 47492
2  Miriam Bourdette  SBN 151980
   BOURDETTE & PARTNERS
3  2924 West Main Street
   Visalia, CA 93291
4  (559) 625-8425
5  Fax (559) 625-8491
   pcbb@bourdettelaw.com
6  mrbb@bourdettelaw.com
7  Attorneys for Plaintiff

8  Simona A. Farrise SBN 171708
   Leigh Kirmsse SBN 160967
9  Farrise Firm PC
10 225 South Olive St., Ste 102
   Los Angeles, CA 90012
11 310-424-3355
   FAX 510-588-4536
12 sfarrise@farriselaw.com
13 LKirmsse@farriselaw.com
   Attorneys for Plaintiff
14

15 Sharon  J.Arkin SBN #154858
   The Arkin Law Firm
16 333 South Grand Avenue, 25th Floor
   Los Angeles, CA 90071
17 (541) 469-2892
18 FAX: 866) 571-5676
   sarkin@arkinlawfirm.com
19 Attorney for Plaintiff

20
   Pamela Yates SBN 137740
21 Wendy S. Dowse SBN 261224
   Julie A. Belezzuoli SBN 267302
22 KAYE SCHOLER LLP
23 1999 Avenue of the Stars, Suite 1600
   Los Angeles, CA 90067
24 (310) 788-1000
25 FAX (310) 788-1200
   pyates@kayescholer.com
26 wdowse@kayescholer.com
   julie.belezzuoli@kayscholer.com
27 Attorneys for Defendants

28

ORDER GRANTING PARTIES JOINT STIPULATION RE: TRIAL ORDER FOR REMAND GROUP 2

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

NANCY WADDELL

       Plaintiff,

       v.

WYETH LLC, {An indirect wholly-owned subsidiary of Pfizer Inc.} PHARMACIA & UPJOHN COMPANY LLC {An indirect wholly owned subsidiary of Pfizer Inc.}

       Defendants.

Case No.  1:04-cv-06343-JRG-DLB

**ORDER GRANTING PARTIES' JOINT STIPULATION REGARDING TRIAL ORDER FOR REMAND GROUP 2**

    The Court having considered the Joint Stipulation by the parties in this action, and finding good cause therefore;

    IT IS HEREBY ORDERED THAT the remand group 2 cases will be tried in the following order:

| | |
|---|---|
| Waddell v. Wyeth LLC et al | 1:04-cv-06343-JRG-DLB |
| Uhalt v. Wyeth LLC et al | 1:10-cv-02404-JRG-DLB |
| Setser v. Wyeth LLC et al | 1:10-cv-02405-JRG-DLB |
| Hill v. Wyeth LLC et al | 1:10-cv-02394-JRG-DLB |
| Phillips v. Wyeth LLC et al | 1:10-cv-02395-JRG-DLB |
| McPherson v. Wyeth LLC et al | 1:10-cv-02384-JRG-DLB |
| Craven v. Wyeth LLC et al | 1:10-cv-02382-JRG-DLB |
| Bowles v. Wyeth LLC et al | 1:04-cv-06346-JRG-DLB |
| Hames v. Wyeth LLC et al | 1:10-cv-02392-JRG-DLB |

ORDER GRANTING PARTIES JOINT STIPULATION RE: TRIAL ORDER FOR REMAND GROUP 2

Poole v. Wyeth LLC et al          1:10-cv-02397-JRG-DLB

IT IS SO ORDERED

Dated: January 2012          _____
                             HONORABLE JUDGE JOSEPH GOODWIN
                             UNITED STATED DISTRICT COURT JUDGE

3

**ORDER GRANTING PARTIES JOINT STIPULATION RE: TRIAL ORDER FOR REMAND GROUP 2**