Pamela J. Yates (State Bar No. 137440)
Email address:  pyates@kayescholer.com
Wendy S. Dowse (State Bar No. 261224)
Email address:  wdowse@kayescholer.com
Julie Belezzuoli (State Bar No. 267302)
Email address: julie.belezzuoli@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| CARLEEN WEST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PFIZER INC., et al.<br><br>　　　　Defendants. | Case No. 1:10-cv-00289-JRG - DLB<br><br>**ORDER VACATING TRIAL AND PRE-TRIAL DEADLINES** |
| LOIS FERN ZANYK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PFIZER INC., et al.<br><br>　　　　Defendants. | Case No. 1:10-cv-00287-JRG-DLB |
| LUCILLE MACIAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PFIZER INC., et al.<br><br>　　　　Defendants. | Case No. 1:10-cv -00282-JRG-DLB |

1  PAMELA TURNER,                          )   Case No. 1:10-cv-00288-JRG-DLB
                                           )
2           Plaintiff,                     )
                                           )
3     v.                                   )
                                           )
4  PFIZER INC., et al.                     )
                                           )
5           Defendants.                    )
                                           )
6  _____     )
                                           )   Case No. 1:10 -cv-02394-JRG-DLB
7                                          )
   CAROL HILL, et al                       )
8                                          )
            Plaintiff,                     )
9                                          )
      v.                                   )
10                                         )
   WYETH LLC, et al.                       )
11                                         )
            Defendants.                    )
12                                         )
                                           )
13 _____     )
                                           )
14                                         )   Case No. 1:10-cv-02392-JRG-DLB
   DONNA HAMES, et al                      )
15                                         )
            Plaintiff,                     )
16                                         )
      v.                                   )
17                                         )
   WYETH LLC, et al.                       )
18                                         )
            Defendants.                    )
19                                         )
                                           )
20 _____     )
                                           )
21                                         )   Case No. 1:10-cv-02405-JRG-DLB
                                           )
22 DOROTHY SETSER, et al                   )
                                           )
23          Plaintiff,                     )
                                           )
24    v.                                   )
                                           )
25 WYETH LLC                               )
                                           )
26          Defendants.                    )
                                           )
27                                         )
                                           )
28 _____     )

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KAY UHALT, et al

        Plaintiff,

    v.

WYETH LLC, et al

        Defendants.

_____

NANCY WADDELL, et al

        Plaintiff,

    v.

WYETH INC, et al

        Defendants.

_____

BETTY CRAVEN

        Plaintiff,

    v.

WYETH LLC, et al

        Defendants.

_____

MARIANNE PHILLIPS, et al

        Plaintiff,

    v.

WYETH LLC, et al

        Defendants.

_____

Case No. 1:10-cv-02404-JRG-DLB

Case No. 1:04-cv-06343-JRG-DLB

Case No. 1:10-cv-02382-JRG-DLB

Case No. 1:10-cv-02395-JRG-DLB

GLORIETTE MCPHERSON                    )          Case No.  1:10-cv-02384-JRG-DLB
                                       )
            Plaintiff,                 )
                                       )
      v.                               )
                                       )
WYETH LLC, et al                       )
                                       )
            Defendants.                )
                                       )
                                       )
                                       )
_____       )
                                       )
                                       )          Case No. 1:10-cv-02397-JRG-DLB
VICTORIA POOLE, et al                  )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )
                                       )
WYETH LLC, et al                       )
                                       )
            Defendants.                )
                                       )
_____       )
                                       )          Case No. 1:04-cv-06346-JRG-DLB
SHIRLEY BOWLES, et al                  )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )
                                       )
WYETH INC, et al                       )
                                       )
            Defendants.                )
                                       )
                                       )
_____       )

1    **IT IS HEREBY ORDERED that**:

2         1.      All trial and pre-trial deadlines in the above actions are vacated;

3
4         2.      The Parties shall file a joint status report within 60 days informing the

5    Court as to the status of the resolution of these cases, or in the alternative file a joint

6    motion to dismiss within 60 days.

7

8

9    DATED:  April  24, 2012

10

11

12                                    Joseph R. Goodwin, Chief Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28