UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| NANCY WADDELL, | Case No.: 1:04-cv-06343-JRG-DLB |
| Plaintiff, | ORDER SETTING TRIAL DATE |
| vs. | |
| WYETH LLC, et al. | |
| Defendants. | |
| | |
| KAY UHALT and STEPHEN UHALT, | Case No.: 1:10-cv-02404-JRG-DLB |
| Plaintiffs, | |
| vs. | |
| WYETH LLC, et al. | |
| Defendants. | |
| | |
| DOROTHY SETSER and HOWARD SETSER, | Case No.: 1:10-cv-02405-JRG-DLB |
| Plaintiffs, | |
| vs. | |
| WYETH LLC, et al. | |
| Defendants | |
| | |
| CAROL HILL and LEONARD HILL | Case No.: 1:10-cv-02394-JRG-DLB |
| Plaintiffs, | |
| vs. | |

| | | |
|---|---|---|
| 1 | WYETH LLC. et al ) | |
| 2 | Defendants. ) ) | |
| 3 | ) ) | |
| 4 | ) | |
| 5 | MARIANNE PHILLIPS and WILLIAM PHILLIPS, ) ) | Case No.: 1:10-cv-02395-JRG-DLB |
| 6 | ) | |
| 7 | Plaintiffs, ) ) | |
| 8 | vs. ) ) | |
| 9 | WYETH LLC, et al. ) ) | |
| 10 | Defendants. ) | |
| 11 | GLORIETTE MCPHERSON, ) | Case No.: 1:10-cv-02384-JRG-DLB |
| 12 | ) ) | |
| 13 | Plaintiff, ) | |
| 14 | vs. ) | |
| 15 | WYETH LLC, et al. ) ) | |
| 16 | ) | |
| 17 | Defendants. ) | |
| 18 | BETTY CRAVEN and GEORGE CRAVEN, ) | Case No.: 1:10-cv-02382-JRG-DLB |
| 19 | ) ) | |
| 20 | Plaintiffs, ) ) | |
| 21 | vs. ) ) | |
| 22 | WYETH LLC, et al. ) ) | |
| 23 | Defendants. ) | |
| 24 | | |
| 25 | SHIRLEY BOWLES and GERALD BOWLES, ) ) | Case No.: 1:04-cv-06346-JRG-DLB |
| 26 | Plaintiffs, ) ) | |
| 27 | vs. ) ) | |
| 28 | WYETH LLC, et al. ) | |

2

| | |
|---|---|
| Defendants. | |
| DONNA HAMES and MICHAEL HAMES | Case No.: 1:10-cv-02392-JRG-DLB |
| Plaintiffs, | |
| vs. | |
| WYETH LLC, et al. | |
| Defendants. | |
| VICTORIA POOLE and DELBERT POOLE | Case No.: 1:10-cv-02397-JRG-DLB |
| Plaintiffs, | |
| vs. | |
| WYETH LLC, et al. | |
| Defendants. | |
| LOIS ZANYK | Case No.: 1:10-cv-00287-JRG-DLB |
| Plaintiff, | |
| vs. | |
| PFIZER INC., et al. | |
| Defendants. | |
| CARLEEN WEST | Case No.: 1:10-cv-00289-JRG-DLB |
| Plaintiff, | |
| vs. | |
| PFIZER INC., et al. | |

3

|   |   |
|---|---|
| Defendants. | ) |
| | |
| PAMELA TURNER | ) Case No.: 1:10-cv-00288-JRG-DLB |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| PFIZER INC., et al. | ) |
| | ) |
| Defendants. | ) |
| | |
| LUCILLE MACIAS | ) Case No.: 1:10-cv-00282-JRG-DLB |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| PFIZER INC., et al. | ) |
| | ) |
| Defendants. | ) |

### O R D E R

On July 5, 2012, following repeated assurances from the parties that these matter have been settled, I ordered the parties to file a joint motion to dismiss within 30 days of entry of the order. [ECF 56.] I warned that if the parties did not file a joint motion to dismiss within 30 days, the court would enter a new Scheduling Order in this matter with court chosen deadlines, including a trial date in the coming months. To date, the parties have not filed a joint motion to dismiss.

It is **ORDERED** that trial will begin in these matters on **February 5, 2013**, beginning with the case of *Waddell v. Wyeth LLC, et al. 1:04-cv-6343*. It is further **ORDERED** that the parties submit a proposed Scheduling Order containing the above trial date and any remaining necessary pretrial deadlines (excluding hearing dates for motions for summary judgment, *Daubert*

4

motions, the pretrial conference and the final settlement conference, which the court will set) for my signature by **September 11, 2012.**

ENTER: September 4, 2012

*Joseph R. Goodwin*
Joseph R. Goodwin, Chief Judge